NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-3312

MARIJA HUGHES,

Petitioner,

v.

DEPARTMENT OF LABOR,

Respondent.

_____

DECIDED: October 10, 2006

_____

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and GAJARSA, Circuit Judge.

PER CURIAM.

Marija Hughes appeals from the final decision of the Merit Systems Protection Board, which sustained the arbitrator's decision upholding her removal. Hughes v. Dep't of Labor, No. CB7121040020-V-1 (MSPB June 6, 2005). With respect to the issues properly raised on appeal, we affirm on the basis of the board's opinion.